**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JENNIFER REYNOLDS-SITZER and KENNETH SITZER | ) ) ) | |
| Plaintiffs, | ) ) | **Civil Case No. 1:21-CV-00145** |
| v. | ) ) | **Hon. David N. Hurd** |
| EISAI, INC. and ARENA PHARMACEUTICALS, INC., | ) ) ) | **Magistrate Christian F. Hummel** |
| Defendants. | ) ) | |
| | ) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

It is hereby stipulated and agreed between the undersigned, the attorneys of record for all parties to this action, that this action and all claims asserted by Plaintiffs Jennifer Reynolds-Sitzer and Kenneth Sitzer against Defendants Eisai Inc. and Arena Pharmaceuticals, Inc. are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.  Pursuant to Local Rule 41.3, no party hereto is an infant or incompetent.

Executed this 29th day of November, 2022.

Respectfully submitted,


<u>/s/  Virginia E. Anello (per consent)</u>
Virginia E. Anello
Douglas & London P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Phone: (212) 566-7500
vanello@douglasandlondon.com

*Attorneys for Plaintiff*

<u>/s/ Jonathan B. Fellows</u>
Jonathan B. Fellows
Bond Schoeneck & King
One Lincoln Center
Syracuse, NY 13202
Phone: (315) 218-8000
fellowsj@bsk.com

*Attorneys for Defendant Eisai Inc.*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 11-30-2022

/s/ Alan E. Rothman (per consent)
Alan E. Rothman
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5941
arothman@sidley.com

*Attorneys for Defendant Arena
Pharmaceuticals, Inc.*